AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:23-mj-11 |
| Kelley Ray Kaighin | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 18, 2023 _____ in the county of _____ Marion _____ in the

District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(A) | Possession with the intent to distribute 1000 grams or more of a mixture and substance containing a detectable amount of heroin a Schedule I controlled substance, and possession with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Samuel Landis.

☑ Continued on the attached sheet.

_____ /s/ By Phone _____
*Complainant's signature*

_____ Samuel Landis, Special Agent, DEA _____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at _10:28_ a.m./p.m.

Date: _____ January 19, 2023 _____

_____ Youlee Yim You _____
*Judge's signature*

City and state: _____ Portland, Oregon _____     _____ Hon. Youlee Yim You, U.S. Magistrate Judge _____
*Printed name and title*