AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

United States of America
v.

Kelley Ray Kaighin

Defendant

) Case No. 3:23-mj-11
)
)
)
)
)

U.S. MARSHALS SERVICE
JAN 19 '23 11:55AM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kelley Ray Kaighin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about January 18, 2023 within the District of Oregon, defendant Kelley Ray Kaighin did knowingly and intentionally possess with the intent to distribute 1000 grams or more of a mixture and substance containing a detectable amount of herion a Schedule I controlled substance and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

Date: January 19, 2023

*Youlee Yim You*
Issuing officer's signature

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 01/19/2023
ARRESTED BY DEA

U.S. MARSHAL
BY E. CATER

Arresting officer's signature

Printed name and title