IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KELLEY RAY KAIGHIN,<br><br>　　　　　　　Defendant. | Case No.  3:23-mj-00011-1<br><br>MOTION FOR REVOCATION OF DETENTION ORDER |

　　　COMES NOW the Defendant, Kelley Ray Kaighin, by and through his attorney, Tyl Bakker, hereby moves the Court, pursuant to Federal Rules of Criminal procedure 46 (a), and 18 U.S.C. §§ 3142 and 3145 (b), for an order revoking the order of detention previously entered in the above-entitled action on January 23, 2023.  This request for relief is based on our belief that with our updated release plan there exists an adequate combination of conditions that will reasonably assure Mr. Kaighin's appearance as required and the safety of the community if he is released from pretrial confinement. The reasons for this request are more fully outlined in the attached Declaration of Counsel, which by this reference is incorporated, herein as though fully set forth.

//

//

//

PAGE 1 –MOTION FOR REVOCATION OF DETENTION ORDER

TYL W. BAKKER
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140

AUSA Lewis Burkhart does not object to the relief requested herein. This case is currently calendared on the Magistrate's docket for a Detention Hearing on February 3, 2023.

Respectfully submitted the 2nd of February, 2023

                */s/* **Tyl Bakker**
                Tyl W. Bakker, OSB #902000
                Attorney for Kelley Ray Kaighin