IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KELLEY RAY KAIGHIN,<br><br>            Defendant. | Case No.  3:23-mj-00011-1<br><br>ORDER AUTHORIZING DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER |

**BASED** on defendant Kelley Ray Kaighin's Motion for Revocation of Detention Order and Declaration included herein,

**IT IS HEREBY ORDERED** that Defendant's Order of Detention be revoked.

_____

ORDER AUTHORIZING DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER