UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00061-MO |
| v. | INFORMATION |
| KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN, | 21 U.S.C. § 841(a)(1), (b)(1)(A) <br> 18 U.S.C. § 924(c) <br> 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegations |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**Possession with Intent to Distribute Fentanyl**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))**

On or about January 18, 2023, in the District of Oregon, defendant **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN,** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing over 400 grams of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

/ / / /

/ / / /

Information                                                                                           Page 1

/ / / /

## COUNT 2
**Possession with Intent to Distribute Heroin**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(i))**

On or about January 18, 2023, in the District of Oregon, defendant **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN,** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing over one kilogram or more containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

## COUNT 3
**Possession of Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about January 18, 2023, in the District of Oregon, defendant **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), as set forth in Counts 1 and 2 of this indictment, did knowingly possess a firearm, to wit: a Mauser 9mm handgun, serial number 742308; a Springfield XDM handgun, serial number MG755152;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about July 8, 2022, in the District of Oregon, defendant **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

**Information**                                                                                                                   **Page 2**

    (1)  Assault in the Second Degree, in Marion County Circuit Court, Case Number 86C20372, on or about June 28, 1988;

    (2)  Assault in the Fourth Degree, in Marion County Circuit Court, Case Number 98C54518, on or about February 8, 1999;

did knowingly and unlawfully possess the following firearms:

  (1) a Mauser 9mm handgun, serial number 742308;

  (2) a Springfield XDM handgun, serial number MG755152;

which firearm(s) had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1 and 2, defendant, **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses in Counts 3 and 4, defendant, **KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in those offense(s), including without limitation:

(1) a Mauser 9mm handgun, serial number 742308;

(2) a Springfield XDM handgun, serial number MG755152;

Dated: March 2, 2023								Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney