**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Lewis.Burkhart@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00061-MO |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| KELLEY RAY KAIGHIN aka KELLY RAY KAIGHIN, | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

$37,691.00 U.S. Currency.

DATED: April 24, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ Lewis S. Burkhart*
LEWIS S. BURKHART
Assistant United States Attorney