IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KELLEY RAY KAIGHIN,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cr-00061-MO-1<br><br>DEFENDANT'S SECOND UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL DATE |

COMES NOW the Defendant, Kelley Ray Kaighin, by and through his attorney, Tyl W. Bakker, and good cause appearing therefore, respectfully requests that the Court grant his motion that the Trial be continued from Tuesday, August 29, 2023, for approximately 90 days, to Monday, November 27, 2023, or a date thereafter convenient to the Court. This is the second continuance request in this matter. The government, per AUSA Lewis Burkhart, does not object to this request. This motion is supported by the Declaration of Counsel.

Dated this 10 day of August, 2023

　　　　　　　　　　　　　　　　　　　　/s/ Tyl Bakker
　　　　　　　　　　　　　　　　　　　　Tyl Bakker, OSB #902000
　　　　　　　　　　　　　　　　　　　　Attorney for Kelley Ray Kaighin