IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

KELLEY RAY KAIGHIN,

                 Defendant.

Case No. 3:23-cr-00061-MO-1

DEFENDANT'S THIRD UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL DATE

COMES NOW the Defendant, Kelley Ray Kaighin, by and through his attorney, Tyl W. Bakker, and good cause appearing therefore, respectfully requests that the Court grant his motion that the Trial be continued from Tuesday, November 28th, 2023, for approximately 90 days, to Monday, February 26th, 2023, or a date thereafter convenient to the Court. This is the third continuance request in this matter. The government, per AUSA Lewis Burkhart, does not object to this request. This motion is supported by the Declaration of Counsel.

Dated this 2nd day of November, 2023.

*/s/ Tyl Bakker*
Tyl Bakker, OSB #902000
Attorney for Kelley Ray Kaighin

TYL W. BAKKER
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140