IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLEY RAY KAIGHIN,<br><br>          Defendant. | Case No.  3:23-cr-00061-MO-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S THIRD UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING DATE |

The undersigned, Tyl W. Bakker, being first duly sworn, do depose and state that the following is true and correct:

1. I am the court-appointed counsel for the Defendant, Kelley Ray Kaighin, in the above-referenced case having been so appointed to this matter on January 31, 2023, by way of substitution.  I am Mr. Kaighin's second appointed lawyer.

2. Mr. Kaighin has been charged on One Count of Possession with Intent to Distribute Fentanyl, One Count of Possession with Intent to Distribute Heroin, One Count of Possession of Firearm in Furtherance of a Drug Trafficking Crime, and One Count of Felon in Possession of a Firearm.

3. Sentencing in this matter is currently scheduled for Tuesday, August 12th, 2025, before Your Honor.

4. Additional time is needed to prepare for sentencing. Counsel is set to begin trial at the start of August following a family vacation out of the state. Additionally, Mr. Kaighin continues to have a number of significant medical issues related to his back, neck, and ongoing sciatic hernia, which he continues to have a number of medical appointments for and which will likely still require surgical intervention.

5. By the accompanying motion, Mr. Kaighin requests that the current sentencing date be continued for approximately 30 days to Thursday, September 11th, 2025, or a date thereafter convenient

TYL W. BAKKER
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140

to the Court. This is the third motion to reset the sentencing date filed in this case on behalf of Mr. Kaighin.

6. I have met with Mr. Kaighin and discussed his rights under the Speedy Trial Act. He is prepared to waive those rights for the purpose of this motion. He consents to the granting of this motion.

7. Assistant United States Attorney Lewis Burkhart does not oppose this request.

8. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP 1E.

Dated this the 17th day of July 2025.

/s/ Tyl Bakker
Tyl Bakker, OSB #902000
Attorney for Kelley Ray Kaighin

PAGE 2 – DECLARATION OF COUNSEL IN SUPPORT OF
DEFENDANT'S THIRD UNOPPOSED MOTION FOR
POSTPONEMENT OF SENTENCING DATE

TYL W. BAKKER
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140